**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan Ricardo CRUZ–PONCE,**
**Defendant—Appellant.**

**No. 05–30027.**
**D.C. No. CR–03–00246–FVS.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Pamela Jackson Byerly, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Kimberly Deater, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before NELSON, T.G., WARDLAW, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Juan Ricardo Cruz–Ponce appeals the 77–month sentence imposed following his conviction by guilty plea for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

Because appellant was sentenced under mandatory Sentencing Guidelines, we remand for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional error under *United States v. Booker,* — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.